IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH GAMBETTA, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 12-4614 |
| MCDONALD'S CORPORATION, ET AL., | |
| Defendants. | |

| | |
|---|---|
| JOSEPH GAMBETTA, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 13-843 |
| ARC INTERNATIONAL NORTH AMERICA, ET AL., | |
| Defendants. | |

FILED
MAY 0 9 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 9th day of May, 2013, it is hereby **ORDERED** that this Court's Order of May 3, 2013 (Doc. No. 29) is **VACATED**.

**IT IS FURTHER ORDERED** that:

— "Plaintiff's Uncontested Motion to Consolidate" (Doc. No. 28) is **GRANTED**.

— The above-captioned matters are consolidated for the purposes of discovery and arbitration/trial, with the lead case being the matter docketed as Civil Action No. 12-4614.

— The Clerk of Court is directed to place all papers from Dkt. No. 13-843 into Dkt. No. 12-4614.

— The Clerk of Court shall amend the caption of Dkt. No. 12-4614 to include Defendants ARC International North America and The Marketing Store Worldwide LLC d/b/a/ The Marketing Store.

— <u>Gambetta v. ARC International North America, et al.</u>, Dkt. No. 13-843 shall be marked as **CLOSED** for statistical purposes.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.